IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LOUIS ANTONIO BRYANT ET AL.<br><br>*Defendants.* | CRIMINAL CASE No. 3:04-CR-00047<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter comes before the Court on a Motion to Suppress brought by Louis Bryant and joined by Co-Defendant John Bryant. The Court held a hearing on this matter on October 17, 2005. For the reasons stated in the accompanying memorandum opinion, Defendants' motion is DENIED.

It is so ORDERED.

The Clerk of the Court is directed to send certified copies of this ORDER to all Counsel of Record.

ENTERED: *[signature]*
U.S. District Judge

*October 24, 2005*
Date