CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

FEB 27 2006

JOHN F. CORCORAN, CLERK
BY:
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 3:04-CR-00047 |
| v. | ORDER |
| LOUIS ANTONIO BRYANT, | |
| *Defendant.* | JUDGE NORMAN K. MOON |

This matter comes before the Court on Defendant's Renewed Motion to Set Bond, filed February 1, 2006. For the reasons stated in the accompanying Memorandum Opinion, Defendant's motion is DENIED.

It is so ORDERED.

The Clerk of the Court is directed to send certified copies of this ORDER to all Counsel of Record.

ENTERED: *(signature)*
U.S. District Judge

*February 27, 2006*
Date