CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
for Charlottesville
JUN 20 2006
JOHN F. CORCORAN, CLERK
BY: Fay Coleman
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIM. ACTION NO. 3:04-CR-00047-01 |
| v. | |
| LOUIS ANTONIO BRYANT, | ORDER |
| *Defendant.* | JUDGE NORMAN K. MOON |

This matter is before the Court on Defendant's motion for a judgment of acquittal and a new trial, filed June 1, 2006. For the reasons stated in the Memorandum Opinion issued on June 15, 2006, Defendant's motion is DENIED.

It is so ORDERED.

The Clerk of Court hereby is directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ Norman K. Moon
United States District Judge

June 20, 2006
Date