# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 3:04cr00047-1 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| LOUIS BRYANT, | ) | By: Norman K. Moon |
| | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) Bryant's motion to expand the record (Docket No. 1684) is **GRANTED**;

(2) The government's motion to dismiss (Docket No. 1678) is **GRANTED**;

(3) Bryant's motion pursuant to 28 U.S.C. § 2255 (Docket No. 1668) is **DISMISSED** without prejudice;

(4) This action is **STRICKEN** from the active docket of this court; and

(5) Finding that Bryant has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER**: This  19th  day of May, 2015.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE